UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLEN DOTSON, EDDIE CITCHEN,
MARK JARVIS, KENNETH OAKLEY,
CARLTON REEVES, and STEVEN
ZENKER,

Plaintiffs,

v.

ARKEMA, INC.

Defendant.
_____/

Case No. 08-13118

Honorable John Corbett O'Meara

## ORDER GRANTING MOTION FOR RECONSIDERATION

On August 12, 2008, the court declined to exercise pendent jurisdiction over Counts II, III, and IV of Plaintiff's complaint because diversity between the parties had not been alleged. In their motion for rehearing, Plaintiffs allege that diversity is complete since all of the Plaintiffs, except for Plaintiff Oakley, are Michigan residents.

**IT IS THEREFORE ORDERED** that the parties are diverse, and the court shall exercise its jurisdiction over Counts II, III, and IV of the Complaint.

Date: August 14, 2008

s/John Corbett O'Meara
United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 14, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager